LUCIAN J. GRECO, JR., ESQ.
Nevada State Bar No. 10600
DEVIN R. GIFFORD, ESQ.
Nevada State Bar No. 14055
MATTHEW J. COOK, ESQ.
Nevada State Bar No. 15025
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
lgreco@bremerwhyte.com
dgifford@bremerwhyte.com
mcook@bremerwhyte.com

Attorneys for Defendants,
Fornia Express, Inc. and Chunshu Bai

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA WHEELER,<br><br>    Plaintiff,<br><br>vs.<br><br>FORNIA EXPRESS INC., a foreign corporation; CHUNSHU BAI, an individual; DOES 1 through 100; and ROE CORPORATIONS 101 through 200,<br><br>    Defendants. | Case No. 2:20-cv-00815-RFB-BNW<br><br>**JOINT DISCOVERY PLAN AND SCHEDULING ORDER PURSUANT TO FED. R. CIV. P. 26(f) AND LOCAL RULE 26-1(b)**<br><br>**SPECIAL SCHEDULING REVIEW REQUESTED** |

Defendants Fornia Express, Inc. (hereinafter referred to individually as "Defendant Fornia Express") and Chunshu Bai, (hereinafter referred to individually as "Defendant Bai" and collectively as "Defendants"), by and through their attorneys of record, Lucian J. Greco, Jr., Esq., Devin R. Gifford, Esq., and Matthew J. Cook, Esq. of the law firm Bremer Whyte Brown & O'Meara LLP, and Plaintiff Sandra Wheeler ("Plaintiff"), by and through their attorneys of record, Scott L. Poisson, Esq. and Ryan Kerbow, Esq. of Bernstein & Poisson Law Firm, hereby submit their Joint Discovery

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1154.171 4820-7657-3884.1

Plan and Scheduling Order Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26-1(b). Deadlines that fall on a Saturday, Sunday or legal holiday have been scheduled for the next judicial day.

**1. Fed. R. Civ. P. 26(f) Meeting**: Pursuant to Fed. R. Civ. P. 26(f), counsel for the parties conferred by telephone to develop a proposed discovery plan on May 14, 2020. Devin R. Gifford, Esq., Matthew J. Cook, Esq., and Ryan Kerbow, Esq. attended the conference.

**2. Pre-Discovery Disclosues**: Pursuant to Fed. R. Civ. P. 26(a)(1), the parties will make their pre-discovery disclosures, including any and all information required by Fed. R. Civ. P. 26(a)(1) on or before **May 28, 2020**.

**3. Areas of Discovery**: The parties agree that the area of discovery should include, but not be limited to all claims and defenses allowed pursuant to the Federal Rules of Civil Procedure.

**4. Discovery Plan**: The parties propose the following discovery plan:

    **a. Discovery Cut-Off Date [LR 26-1(b)(1)]**: Defendants filed their Notice of Removal on May 6, 2020. The proposed last day of discovery shall be **January 1, 2021**, which is calculated as 240 days from the FRCP 26(f) Conference. The parties request a longer perior to conduct discover in order to accommodate the extent of discovery that will be required. Plaintiff has allegedly incurred over **$110,631.27** in past medical specials to date. Plantiff has disclosed 13 medical facilities to date for said treatment. Defendants anticipate obtaining Plaintiff's medical records, deposing treating physicains, and retaining experts, who will in turn likely be deposed by Plaintiff. In addition, Defendant requires additional time to locate and contact witnesses. As such, the parties respectfully request additional time to conduct discovery in this matter as reflected herein.

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

2

1154.171  4820-7657-3884.1

b. **Amendment of Pleadings and Adding of Parties [LR26-1(b)(2)]**: The parties shall have until **October 5, 2020**, to file any motions to amend the pleadings or to add parties. This is 90 days before the proposed discovery cut-off date.

c. **Fed. R. Civ. P. 26(a)(2) Disclosures (Experts) [LR26-1(b)(3)]**: Disclosure of experts shall proceed according to Fed. R. Civ. P. 26(a)(2) and pursuant to LR 26-1(b)(3). The initial disclosure of experts and expert reports shall occur on **November 2, 2020**, which is 60 days before the proposed discovery cut-off date, and the disclosure of rebuttal experts and rebuttal expert reports shall occur on **December 2, 2020**, which is 30 days after the initial disclosure of experts.

d. **Interim Status Report [LR 26-3]**: The Interim Status Report is due on **November 2, 2020**, which is 60 days before the discovery cut-off.

e. **Dispositive Motions [LR 26-1(b)(4)]**: The parties shall have until **December 2, 2020** to file dispositive motions, which is 30 days after the proposed discovery cut-off date.

f. **Pre-Trial Order [LR 26-1(b)(5)]**: The joint pre-trial order shall be filed by **January 1, 2021**, which is 30 days after the date set for filing dispositive motions. If a dispositive motion is timely filed, this deadline is suspended until 30 days after a decision on the dispostive motion or further order of the Court.

g. **Trial Readiness**: This case should be ready for trial by **June or July of 2021** and is expected to take approximately 7-10 days.

h. **Fed. R. Civ. P. 26(a)(3) Disclosures [LR 26-1(b)(6)]**: Unless otherwise directed by the Court, pretrial disclosures as set out in Fed. R. Civ. P. 26(a)(3) and any objections to them shall be included in the joint pre-trial order.

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

3

1154.171 4820-7657-3884.1

     **i. Court Conferences**: If the Court has questions regarding the dates proposed by the parties, the parties request a conference with the Court before entry of the Scheduling Order. If the Court does not have questions, the parties do not request a conference with the Court.

     **j. Extension or Modifications of the Discovery Plan and Scheduling Order**: LR 26-4 goverens modifications or extensions of the Discovery Plan and Scheduling Order. Any stipulation or motion to extend a deadline set forth in the discovery plan and scheduling order must be made not later than 21 days before the subject deadline.

     **k. Format of Discovery**: Pursuant to the eletronic discovery amendments to the Federal Rules of Civil Procedure effective December 1, 2006, the parties addressed the e-discovery issues pertaining to the format of discovery at Fed. R. Civ. P. 26(f) conference. The parties do not anticipate discovery of native files or metadata at this time, but each party reserves the right to make a showing for the need of such electronic data as discovery progresses.

5. **Alternative Dispute Resolution and Settlement [LR 26-1(b)(7)]**: The parties certify that they met and conferred about the possibility of using alternative dispute resolution processes, including mediation, arbitration, and if applicable, an early neutral evaluation.

6. **Alternative Forms of Case Disposition [LR 26-1(b)(8)]**: The parties certify that they considered consent to trial by a Magistrate Judge under 28 U.S.C. 636(c) and Fed. R. Civ. P. 73, and the use of the Short Trial Program (General Order 2013-01).

7. **Electronic Evidence [LR 26-1(b)(9)]**: The parties certify that they discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations. The parties may present evidence in electronic

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

4

1154.171   4820-7657-3884.1

format to jurors for the purposes of jury deliberations in compliance with the Court's electronic jury evidence display system.

8. **Review of Local Rule 26-1(b)**: The parties certify that they have read the text of Local Rule 26-1(b), effective as amended May 1, 2016.

Dated this 18th day of May 2020

BERNSTEIN & POISSON LAW FIRM

By:/s/ Ryan Kerbow, Esq.
   Scott L. Poisson, Esq.
   Nevada Bar No. 10188
   Ryan Kerbow, Esq.
   Nevada Bar No. 11403
   Attorneys for Plaintiff,
   Sandra Wheeler

IT IS ORDERED that ECF No. 7 is GRANTED in part and DENIED in part. It is granted in all respects except that the dispositive motion deadline shall be February 1, 2021 and the pretrial order deadline shall be March 5, 2021 unless dispositive motions are filed. In that case, the pretrial order deadline shall be 30 days after all dispositive motions are decided.

Dated this 18th day of May 2020

BREMER WHYTE BROWN & O'MEARA LLP

By: /s/ Devin R. Gifford, Esq.
   Lucian J. Greco, Jr, Esq.
   Nevada Bar No. 10600
   Devin R. Gifford, Esq.
   Nevada Bar No. 14055
   Matthew J. Cook, Esq.
   Nevada Bar No. 15028
   Attorneys for Defendants,
   Fornia Express, Inc. and
   Chunshu Bai

**IT IS SO ORDERED**

**DATED: May 19, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

5

1154.171  4820-7657-3884.1