LUCIAN J. GRECO, JR., ESQ.
Nevada State Bar No. 10600
DEVIN R. GIFFORD, ESQ.
Nevada State Bar No. 14055
MATTHEW J. COOK, ESQ.
Nevada State Bar No. 15028
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
lgreco@bremerwhyte.com
dgifford@bremerwhyte.com
mcook@bremerwhyte.com

Attorneys for Defendants,
Fornia Express, Inc. and Chunshu Bai

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA WHEELER,<br><br>Plaintiff,<br><br>vs.<br><br>FORNIA EXPRESS INC., a foreign Corporation; CHUNSHU BAI, an individual; DOES 1 through 100; and ROE CORPORATIONS 101 through 200,<br><br>Defendant. | Case No. 2:20-cv-00815-RFB-BNW<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANTS FORNIA EXPRESS, INC. AND CHUNSHU BAI WITH PREJUDICE** |

COME NOW, Defendants Chunshu Bai (hereinafter individually referred to as "Defendant Bai") and Fornia Express Inc. (hereinafter individually referred to as "Defendant Fornia Express, Inc." and collectively as "Defendants") by and through her attorneys of record, Lucian J. Greco, Jr., Esq., Devin R. Gifford, Esq., and Matthew J. Cook, Esq. of Bremer, Whyte, Brown & O'Meara, LLP, and Plaintiff Sandra Wheeler ("Plaintiff") by and through her attorney of record, Ryan Kerbow, Esq. of the law firm of Bernstein & Poisson, and hereby stipulate to dismiss Defendants Chunshu Bai and Fornia Express Inc. with prejudice in the above-captioned action. Each party

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1154.171  4825-8674-4550.1

shall bear their own costs and attorney fees.

Dated this 14th day of May 2021.

BREMER WHYTE BROWN & O'MEARA LLP

_____
Lucian J. Greco, Jr., Esq.
Nevada State Bar No. 10600
Devin R. Gifford, Esq.
Nevada State Bar No. 14055
Matthew J. Cook, Esq.
Nevada State Bar No. 15028
Attorneys for Defendants,
Chunshu Bai and Fornia Express Inc

Dated this 12th day of ~~April~~ May 2021.

BERNSTEIN & POISSON

_____
Ryan Kerbow, Esq.
Nevada State Bar No. 11403
Attorneys for Plaintiff,
Sandra Wheeler

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1154.171  4825-8674-4550.1

4836-5727-1524, v. 1

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, it is HEREBY ORDERED that Defendants Chunshu Bai and Fornia Express Inc. are dismissed with prejudice in the above-captioned action, each party to bear their own costs and attorney fees.

Dated this 18th day of May, 2021.

_____
RICHARD E. BOULWARE, II
United States District Court

Submitted by:

**BREMER WHYTE BROWN & O'MEARA, LLP**

_____
Lucian J. Greco, Jr, Esq.
Nevada State Bar No. 10600
Devin R. Gifford, Esq.
Nevada State Bar No. 14055
Matthew J. Cook, Esq.
Nevada State Bar No. 15028
Attorneys for Defendants,
Fornia Express, Inc. and Chunshu Bai

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

3

1154.171  4825-8674-4550.1

4836-5727-1524, v. 1